# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Form TX
For a Nondramatic Literary Work

TX 6-425-720

EFFECTIVE DATE OF REGISTRATION
Jul 26 2006

---

**TITLE OF THIS WORK:** VB.NET to C# CONVERTER, VERSION 2.0

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:**

**NAME OF AUTHOR:** DAVID CROOK

**DATES OF BIRTH AND DEATH:** Year Born 1964 — N/A

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of UNITED STATES

**NATURE OF AUTHORSHIP:** NEW AND REVISED COMPUTER PROGRAM TEXT

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** 2006

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK:** Month JULY Day 10 Year 2006 UNITED STATES

**COPYRIGHT CLAIMANT(S):**
DAVID CROOK
11184 Antioch #172
Overland Park, KS 66210

APPLICATION RECEIVED: JUL 26 2006
ONE DEPOSIT RECEIVED: JUL 26 2006
TWO DEPOSITS RECEIVED:
FUNDS RECEIVED:

FORM TX

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 6-285-849    Year of Registration ▶ 2004

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
VB NET to C# CONVERTER, VERSION 1.0

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
NEW AND REVISED COMPUTER PROGRAM TEXT

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
DONALD M. GINDY
DONALD M. GINDY, PLC
1880 CENTURY PARK EAST, SUITE 815, LOS ANGELES, CA 90067

Area code and daytime telephone number ▶ (310) 772-8585    Fax number ▶ (310) 772-0013
Email ▶ don@gindylaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DAVID CROOK                                    Date ▶ 7/18/2006

Handwritten signature (X) ▼
X _Donald A. Cook_

Certificate will be mailed in window envelope to this address:

Name ▼
DAVID CROOK

Number/Street/Apt ▼
11184 Antioch #179

City/State/ZIP ▼
Overland Park, KS 66210

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

TOTAL P.05