# EXHIBIT C

## VB Conversion

## Proof of illegal registration

| | |
|---|---|
| Computer Name | EXIDA-100A3799C |
| Server date | 1/3/2009 11:30:11 AM |
| Installed (user date) | Jan 3 2009 11:28AM |
| Program | VB.Net to C# Converter |
| Program Version | 2.19 |
| Key | P77151006CAM2R6591Y6EC067 |
| Registration Name | aa |
| Registration Organization | aa |
| Registration Email | aa@aa.com |
| Public IP | 96.245.102.235 |
| Private IP | 192.168.0.104 |
| Username | Administrator |
| Domain | EXIDA-100A3799C |
| Owner | exida |

**Exida**

# VB Conversion

## Proof of illegal conversion

| | |
|---|---|
| **Computer Name** | EXIDA-100A3799C |

---

| | |
|---|---|
| **Server date** | 1/3/2009 11:39:53 AM |
| **Installed (user date)** | Jan 3 2009 11:28AM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.19 |
| **Key** | P77151006CAM2R6591Y6EC067 |
| **Registration Name** | aa |
| **Registration Organization** | aa |
| **Registration Email** | aa@aa.com |
| **Public IP** | 96.245.102.235 |
| **Private IP** | 192.168.0.104 |
| **Username** | Administrator |
| **Domain** | EXIDA-100A3799C |
| **Owner** | exida |
| **Project Name** | exSILentia2.vbproj |
| **CSharp Lines** | 98742 |

---

**Exida**

## VB Conversion

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | EXIDA-100A3799C |

| | |
|---|---|
| **Server date** | 1/3/2009 11:40:09 AM |
| **Installed (user date)** | Jan 3 2009 11:28AM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.19 |
| **Key** | P77151006CAM2R6591Y6EC067 |
| **Registration Name** | aa |
| **Registration Organization** | aa |
| **Registration Email** | aa@aa.com |
| **Public IP** | 96.245.102.235 |
| **Private IP** | 192.168.0.104 |
| **Username** | Administrator |
| **Domain** | EXIDA-100A3799C |
| **Owner** | exida |

---

**Exida**

# VB Conversion

## Proof of illegal conversion

**Computer Name**          EXIDA-100A3799C

------------------------------------------------------------

**Server date**                1/3/2009 12:11:06 PM
**Installed (user date)**      Jan 3 2009 11:28AM
**Program**                    VB.Net to C# Converter
**Program Version**            2.19
**Key**                        P77151006CAM2R6591Y6EC067
**Registration Name**          aa
**Registration Organization**  aa
**Registration Email**         aa@aa.com
**Public IP**                  96.245.102.235
**Private IP**                 192.168.0.104
**Username**                   Administrator
**Domain**                     EXIDA-100A3799C
**Owner**                      exida
**Project Name**               exSILentia2.vbproj
**CSharp Lines**               98742


------------------------------------------------------------

**Exida**

## VB Conversion

### Conversions Summary

| Server Date | Computer | Project Name | VB Lines | CSharp Lines |
|---|---|---|---|---|
| 1/3/2009 11:39:53 AM | EXIDA-100A3799C | exSILentia2.vbproj | 84960 | 98742 |
| 1/3/2009 12:11:06 PM | EXIDA-100A3799C | exSILentia2.vbproj | 84960 | 98742 |

-------------------------------------------------

**Exida**

# VB Conversion

## Proof of EULA acceptance

| | |
|---|---|
| **Computer Name** | JMC7 |

| | |
|---|---|
| **Server date** | 12/1/2009 2:31:57 PM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | |
| **Registration Name** | |
| **Registration Organization** | |
| **Registration Email** | |
| **Public IP** | 72.94.23.107 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |

---

**Exida**

## VB Conversion

## Proof of illegal registration

| | |
|---|---|
| **Computer Name** | JMC7 |

| | |
|---|---|
| **Server date** | 12/1/2009 2:32:13 PM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 72.94.23.107 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |

**Exida**

# VB Conversion

## Proof of illegal conversion

| | |
|---|---|
| **Computer Name** | JMC7 |

| | |
|---|---|
| **Server date** | 12/1/2009 3:14:55 PM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 72.94.23.107 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |
| **Project Name** | exSILentia2.vbproj |
| **CSharp Lines** | 112470 |

**Exida**

## VB Conversion

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | JMC7 |

--------------------------------------------------------------

| | |
|---|---|
| **Server date** | 12/1/2009 3:15:09 PM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 72.94.23.107 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |

-------------------------------------------------

**Exida**

## VB Conversion

## Proof of illegal conversion

| | |
|---|---|
| **Computer Name** | JMC7 |

---

| | |
|---|---|
| **Server date** | 12/4/2009 2:13:13 PM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 72.94.23.107 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |
| **Project Name** | exSILentia3.vbproj |
| **CSharp Lines** | 39022 |

---

**Exida**

## VB Conversion

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | JMC7 |

| | |
|---|---|
| **Server date** | 12/4/2009 2:13:28 PM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 72.94.23.107 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |

----

**Exida**

## VB Conversion

## Conversions Summary

| Server Date | Computer | Project Name | VB Lines | CSharp Lines |
|---|---|---|---|---|
| 12/1/2009 3:14:55 PM | JMC7 | exSILentia2.vbproj | 96852 | 112470 |
| 12/4/2009 2:13:13 PM | JMC7 | exSILentia3.vbproj | 32383 | 39022 |

-------------------------------------------------------

**Exida**

## VB Conversion

## Proof of illegal conversion

| | |
|---|---|
| **Computer Name** | JMC7 |

| | |
|---|---|
| **Server date** | 12/10/2009 9:16:28 AM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 98.111.133.147 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |
| **Project Name** | SILDoc.vbproj |
| **CSharp Lines** | 1993 |

-----------------------------------------------------

**Exida**

## VB Conversion

## Proof of illegal conversion

| | |
|---|---|
| **Computer Name** | JMC7 |

---

| | |
|---|---|
| **Server date** | 12/10/2009 9:41:22 AM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 98.111.133.147 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |
| **Project Name** | exSILentia3.vbproj |
| **CSharp Lines** | 39022 |

---

**Exida**

## VB Conversion

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | JMC7 |

| | |
|---|---|
| **Server date** | 12/10/2009 9:41:37 AM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 98.111.133.147 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |

--------------------------------------------------

**Exida**

## VB Conversion

## Proof of illegal conversion

| | |
|---|---|
| **Computer Name** | JMC7 |
| **Server date** | 12/21/2009 1:14:14 PM |
| **Installed (user date)** | Dec 1 2009 2:31PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.25 |
| **Key** | P3B0E-S4167-217B5-KA976-G208F |
| **Registration Name** | uiser |
| **Registration Organization** | user |
| **Registration Email** | user@euser.com |
| **Public IP** | 98.111.133.147 |
| **Private IP** | 192.168.0.3 |
| **Username** | jchristman |
| **Domain** | JMC7 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |
| **Project Name** | exidaQuotationTool.vbproj |
| **CSharp Lines** | 3223 |

**Exida**

## VB Conversion

### Conversions Summary

| Server Date | Computer | Project Name | VB Lines | CSharp Lines |
|---|---|---|---|---|
| 12/10/2009 9:16:28 AM | JMC7 | SILDoc.vbproj | 1684 | 1993 |
| 12/10/2009 9:16:28 AM | JMC7 | SILDoc.vbproj | 1684 | 1993 |
| 12/10/2009 9:41:22 AM | JMC7 | exSILentia3.vbproj | 32383 | 39022 |
| 12/10/2009 9:41:22 AM | JMC7 | exSILentia3.vbproj | 32383 | 39022 |
| 12/21/2009 1:14:14 PM | JMC7 | exidaQuotationTool.vbproj | 2679 | 3223 |

-------------------------------------------------

**Exida**

## VB Conversion

## Proof of illegal registration

| | |
|---|---|
| **Computer Name** | JMC-M4400 |

---

| | |
|---|---|
| **Server date** | 2010-11-15 10:16:27.0 EST |
| **Installed (user date)** | 11/15/2010 10:15 AM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.29 |
| **Key** | P0S65-80U92-DJ239-2500H-5Q828 |
| **Registration Name** | user |
| **Registration Organization** | user |
| **Registration Email** | user@user.com |
| **Public IP** | 96.227.239.103 |
| **Host** | pool-96-227-239-103.phlapa.fios.verizon.net |
| **Private IP** | 192.168.1.75 |
| **Username** | jchristman |
| **Domain** | JMC-M4400 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |

---

## Exida

## VB Conversion

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | JMC-M4400 |

| | |
|---|---|
| **Server date** | 2010-11-15 10:58:54.0 EST |
| **Installed (user date)** | 11/15/2010 10:15 AM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.29 |
| **Key** | P0S65-80U92-DJ239-2500H-5Q828 |
| **Registration Name** | user |
| **Registration Organization** | user |
| **Registration Email** | user@user.com |
| **Public IP** | 96.227.239.103 |
| **Host** | pool-96-227-239-103.phlapa.fios.verizon.net |
| **Private IP** | 192.168.1.75 |
| **Username** | jchristman |
| **Domain** | JMC-M4400 |
| **Owner** | Microsoft |
| **Organization** | Microsoft |

| Userdate | VB_Project_Name | VB_Lines | CSharp_Lines |
|---|---|---|---|
| 11/15/10 10:58 AM | exSILentiaWPF.vbproj | 85447 | 106921 |

--------------------------------------------------
**Exida**