Donald M. Gindy 45228
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Los Angeles, CA 90012
(213) 250-1800
(213) 250-7900
Donald.Gindy@lewisbrisbois.com
Attorneys for Plaintiff, VBConversions LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBConversions LLC, a California Limited Liability Company <br><br> PLAINTIFF(S) <br> v. <br><br> Exida, LLC., a Pennsylvania Limited Liability Company; John Christman, an individual; DOES 1-10, inclusive. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:13-cv-8306-PSG-JEMx <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Donald M. Gindy, whose address is Lewis Brisbois Bisgaard & Smith LLP 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 11/8/13

By: _Carmen Reyes_
    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                         SUMMONS                         American LegalNet, Inc.
                                                                        www.FormsWorkFlow.com