AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| VBCONVERSIONS, LLC, A California Limited Liability Company | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:13-cv-08306-PSG-JEMx |
| EXIDA.COM LLC | ) ) |
| (see attached) | ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Counterclaim Defendants

| Hitek Software, LLC | Melvin DeSilva | David Crook |
|---|---|---|
| 98 Manchester Place | 5423 Throne Ct. | 1428 Second Street, Suite 100 |
| Goleta, CA 93117 | Santa Barbara, CA 93111 | Santa Monica, CA 90401 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Kelly Tillery, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:13-cv-08306-PSG-JEMx

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                                                    *Server's signature*

                                                              _____
                                                                    *Printed name and title*


                                                              _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

1 | Donald M. Gindy (SBN #45228)
2 | Jonathan C. Balfus (SBN #155532)
 | **LAW OFFICES OF DONALD M. GINDY**
3 | 1925 Century Park East, Suite 650
4 | Los Angeles, CA  90067
5 | Tel: 424.284.3123
 | Email: don@gindylaw.com
6 |

```
┌─────────────────────────────┐
│            FILED            │
│   CLERK, U.S. DISTRICT COURT │
│  ┌───────────────────────┐  │
│  │                       │  │
│  │     Feb. 20, 2015     │  │
│  │                       │  │
│  └───────────────────────┘  │
│ CENTRAL DISTRICT OF CALIFORNIA │
│ BY: _____DG_____ DEPUTY   │
└─────────────────────────────┘
```

7 | Attorney for Plaintiff,
8 | VBConversions LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VBCONVERSIONS LLC, A California Limited Liability Company, | **CASE NO. 13-CV-8306PSG(JEMx)** |
| Plaintiff, | *[Assigned to Hon. Phillip S. Gutierrez]* |
| vs. | **FOURTH AMENDED COMPLAINT** |
| | **1. COPYRIGHT INFRINGEMENT;** |
| EXIDA.COM LLC, a Pennsylvania limited liability company aka EXIDA LLC and EXIDA; JOHN CHRISTMAN, an individual; DOES 1-10, inclusive, | **2. CONTRIBUTORY COPYRIGHT INFRINGEMENT;** |
| | **3. VICARIOUS COPYRIGHT INFRINGEMENT;** |
| Defendants. | **4. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT, AT §1201(a);** |
| | **5.  REQUEST FOR INJUNCTIVE RELIEF;** |
| | *DEMAND FOR JURY TRIAL* |

COMES now, Plaintiff, VBConversions LLC, a California limited liability

1

FOURTH AMENDED COMPLAINT

1  Jeffrey M. Goldman (SBN 233840)
   **PEPPER HAMILTON LLP**
2  4 Park Plaza, Suite 1200
   Irvine, CA 92614-5955
3  Tel.:  949.567.3500
   Fax:  949.863.0151
4  Email: goldmanj@pepperlaw.com

5  and

6  M. Kelly Tillery (admitted *pro hac vice*)
   Megan M. Kearney (admitted *pro hac vice*)
7  **PEPPER HAMILTON LLP**
   3000 Two Logan Square
8  Eighteenth and Arch Streets
   Philadelphia, PA 19103-2799
9  Tel:  215.981.4000
   Fax:  215.981.4750
10 Email: tilleryk@pepperlaw.com
   Email: kearneym@pepperlaw.com
11

12 *Attorneys for Defendants/Counterclaim*
   *Plaintiffs,*
13 *EXIDA.COM, LLC and JOHN CHRISTMAN*

14

| 15 | VBCONVERSIONS, LLC, | CIVIL ACTION NO. 2:13-cv-08306-PSG-JEMx |
|---|---|---|
| 16 | Plaintiff, | United States District Judge Philip S. Gutierrez |
| 17 | v. | Magistrate Judge John E. McDermott |
| 18 | EXIDA.COM, LLC and JOHN CHRISTMAN, | **ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF DEFENDANTS/COUNTERCLAIM** |
| 19 | Defendants. | **PLAINTIFFS, EXIDA.COM, LLC** |
| 20 | EXIDA.COM, LLC and JOHN CHRISTMAN, | **AND JOHN CHRISTMAN, IN RESPONSE TO FOURTH AMENDED COMPLAINT** |
| 21 | Counterclaimants, | Jury Trial Demanded |
| 22 | v. | |
| 23 | VBCONVERSIONS, LLC, DAVID A. CROOK, HITEK SOFTWARE, LLC AND MELVIN DESILVA, | |
| 24 | Counterdefendants. | |
| 25 | | |

26        Defendants/Counterclaim Plaintiffs, Exida.com, LLC ("Exida") and John

27 Christman ("Christman"), by and through their attorneys, answer the Fourth

28 Amended Complaint ("FAC"), as follows:

---

-1-